## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **CHRISTOPHER MUELLER** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **3:13-cv-00514-bbc** |
| | ) | |
| | ) | **District Judge Barbara B. Crabb** |
| **CAROLYN COLVIN,** | ) | |
| **Acting COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF APPEAL

Notice is given that Plaintiff/Appellant, Christopher Mueller, hereby appeals to the United States Court of Appeals for the Seventh Circuit, from the final judgment entered by District Judge Barbara B. Crabb on July 29, 2014.  Said judgment denied Plaintiff's application for Disability Insurance Benefits and Supplemental Security Insurance benefits with the Social Security Administration, affirming the Commissioner's decision to deny Plaintiff's application for disability benefits.  Plaintiff requests leave to file this Notice of Appeal pursuant to the *In Forma Pauperis* order approved by the District Court on August 8, 2013.


Dated:   September 16, 2014                                   s/ Barry A. Schultz
                                                                            Barry A. Schultz
                                                                            Attorney for Plaintiff/Appellant

Barry A. Schultz
The Law Offices of Barry A. Schultz, P.C.
1601 Sherman Avenue, Suite #500
Evanston, Illinois 60201
(847) 864-0224
ARDC #: 3128193